Adelaida M. Laga, PT, as Assignee of JARRET JACOBS, Appellant, 
against
21st Century Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Larry Love, J.), entered February 24, 2014. The order, insofar as appealed from, granted the branches of defendant's motion seeking summary judgment dismissing the first through fourth causes of action.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from so much of an order of the Civil Court as granted the branches of defendant's motion seeking summary judgment dismissing the first through fourth causes of action.
Contrary to plaintiff's sole contention, defendant established that the denial of claim forms at issue had been timely mailed (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]; see also Acupuncture Healthcare Plaza I, P.C. v Truck Ins. Exch., 50 Misc 3d 146[A], 2016 NY Slip Op 50309[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2016]). Accordingly, the order, insofar as appealed from, is affirmed.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: November 01, 2016